IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-005 |
| | * | |
| NICHOLAS JAPREE HERRINGTON | * | |

O R D E R

On November 22, 2019, the Court sentenced Defendant Nicholas Japree Herrington to serve 180 months in prison upon his plea of guilty to possession of a firearm by a convicted felon. Defendant has been designated as an Armed Career Criminal. At present, Defendant has written a letter asking to be released from prison.[1] (Doc. 52.) Defendant provides no basis or authority for a sentence reduction therein. For its part, the Government seeks dismissal of the motion. (Doc. 53).

With only three exceptions, a district court may not modify a sentence once it has been imposed. 18 U.S.C. § 3582(c). Under the first exception, a court may entertain a motion for release under certain extraordinary and compelling circumstances. 18 U.S.C. § 3582(c)(1)(A). The second exception references Rule 35

---

[1] On May 20, 2024, the Court received an unsigned request for a sentence reduction, ostensibly from Defendant. Defendant did not sign and resubmit this filing as directed by the Clerk of Court. The Clerk is therefore directed to **TERMINATE** this motion for sentence reduction (doc. 50).

of the Federal Rules of Criminal Procedure, which allows modification upon motion from the Government for substantial assistance or to correct a computational error within fourteen days of sentencing. 18 U.S.C. § 3582(c)(1)(B). Finally, under the third exception a court may reduce a sentence that was "based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 944(o)." 18 U.S.C. § 3582(c)(2). Defendant has not argued let alone established that he is entitled to relief under any of these three exceptions.

In short, Defendant has failed to establish a basis to invoke this Court's authority to modify his sentence. Thus, his motion for sentence reduction (doc. 52) is hereby **DENIED**. The Clerk is directed to **TERMINATE** the Government's motion to dismiss Defendant's motion (doc. 53).

**ORDER ENTERED** at Augusta, Georgia, this 29th day of August, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA