IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-005 |
| | * | |
| NICHOLAS JAPREE HERRINGTON | * | |

O R D E R

On August 29, 2024, the Court denied a letter motion filed by Defendant Nicholas Japree Herrington, which sought his immediate release from prison. (Doc. 54.) On September 3, 2024, the Court received another letter motion in which Defendant Herrington states that he may be eligible for relief under Amendment 821 to the United States Sentencing Guidelines and otherwise seeks a reduction in sentence. (Doc. 55.) No doubt Defendant Herrington had not received the Order of August 29th when he mailed the motion for reduction in sentence. In any event, the Court is now in receipt of an *unsigned* letter presumptively sent from Defendant Herrington in which he proclaims that he is not seeking a sentence reduction.[1] Rather, Defendant Herrington seeks immediate release because he has been wronged by "bogus charges." (Doc. 56.)

With respect to the September 3rd filing, the Court reiterates

---

[1] Peculiarly, the handwriting in the two most recent letters does not appear to be the same.

that it can only provide a reduction in sentence in three limited circumstances specified in 18 U.S.C. § 3582(c). Because the retroactivity of Amendment 821 has potential applicability under § 3582(c)(2), the Court will assure Defendant Herrington herein that as an Armed Career Criminal, Amendment 821 would not change his sentencing guidelines and therefore would not provide him any relief. The letter motion of September 3, 2024 (doc. 55) is **DENIED**.

With respect to Defendant Herrington's recent missive, it appears that he wishes to challenge the legality of his conviction and sentence. He may only do so through an appropriately filed motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.[2] See Antonelli v. Warden, U.S.P. Atlanta, 542 F.3d 1348, 1352 n.1 (11th Cir. 2008). The Court will not address the unsigned letter any further.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2024.

```
                                    _____
                                    HONORABLE J. RANDAL HALL
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF GEORGIA
```

---

[2] The Clerk is directed to attach a blank form for federal prisoners to seek § 2255 relief to the service copy of this Order.